UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| SOTERO MONTELLANO LOPEZ III,<br><br>　　　　　　　　Plaintiff,<br><br>v.<br><br>TRANS UNION LLC, *et al.*,<br><br>　　　　　　　　Defendants. | Case No. 25-cv-12733<br>Honorable Matthew F. Leitman<br>Magistrate Judge Elizabeth A. Stafford |

**ORDER STRIKING AMENDED COMPLAINT**
**(ECF NO. 35)**

　　　Defendant Trans Union LLC removed this action from Wayne County Circuit Court under 28 U.S.C. §§ 1441 and 1446, claiming subject-matter jurisdiction under 28 U.S.C. § 1331. ECF No. 1. The Honorable Matthew F. Leitman referred the case to the undersigned for all pretrial matters under 28 U.S.C. § 636(b)(1). ECF No. 11.

　　　Plaintiff Sotero Montellano Lopez III filed an amended complaint on October 31, 2025. ECF No. 35. Under Federal Rule of Civil Procedure 15(a)(1), "[a] party may amend its pleading once as a matter of course" within 21 days after serving the complaint, or within 21 days after service of a responsive pleading or motion under Rule 12(b), (e), or (f). "In all other

cases, a party may amend its pleading only with the opposing party's written consent or the court's leave." Fed. R. Civ. P. 15(a)(2).

On August 11, 2025, Lopez served his complaint on TransUnion, and he served Defendant Experian Information Solutions, Inc., before the time of removal on August 29, 2025.  ECF No. 1, PageID.1-2.  Those defendants answered the complaint in early September 2025.  ECF No. 4; ECF No. 5.

Because Lopez was not authorized under Rule 15(a)(1) to file his October 31 amended complaint as a matter of course, as it was filed long after 21 days after service of the original complaint in August, and long after 21 days after Trans Union's and Experian's answers were filed in early September, the Court **STRIKES** it (ECF No. 35).

s/Elizabeth A. Stafford  
ELIZABETH A. STAFFORD  
United States Magistrate Judge

Dated: November 4, 2025

## NOTICE TO PARTIES ABOUT OBJECTIONS

Within 14 days of being served with this order, any party may file objections with the assigned district judge.  Fed. R. Civ. P. 72(a).  The district judge may sustain an objection only if the order is clearly erroneous

or contrary to law.  28 U.S.C. § 636.  **"When an objection is filed to a magistrate judge's ruling on a non-dispositive motion, the ruling remains in full force and effect unless and until it is stayed by the magistrate judge or a district judge."**  E.D. Mich. LR 72.2.

## CERTIFICATE OF SERVICE

The undersigned certifies that this document was served on counsel of record and any unrepresented parties via the Court's ECF System to their email or First Class U.S. mail addresses disclosed on the Notice of Electronic Filing on November 4, 2025.

s/Davon Allen  
DAVON ALLEN  
Case Manager