UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| SOTERO MONTELLANO LOPEZ III,<br><br>Plaintiff,<br><br>v.<br><br>TRANS UNION LLC, *et al.*,<br><br>Defendants. | Case No. 25-cv-12733<br>Honorable Matthew F. Leitman<br>Magistrate Judge Elizabeth A. Stafford |

**ORDER DENYING PLAINTIFF'S MOTION FOR ALTERNATE SERVICE
(ECF NO. 51)**

Plaintiff Sotero Montellano Lopez III moves for alternate service of process on Defendant Equifax Information Services LLC.  ECF No. 51; ECF No. 47.  The legal standard for alternate service is described in the Court's order denying without prejudice Lopez's last motion for alternate service.  ECF No. 48, PageID.1997-1998.

Lopez argues that service of process cannot reasonably be made on Equifax's registered agent.  He supplies an affidavit from a process server stating that he tried to serve the agent on Wednesday, November 26, 2025, at noon, but that the offices were closed for the Thanksgiving holiday.  ECF No. 51, PageID.2013-2014.  Making one unsuccessful attempt at service

on a day when many offices were foreseeably closed does not show that service cannot reasonably be made. *See Kyles v. Cnty. of Oakland*, No. 2:22-CV-12973, 2023 WL 2307874, at *2 (E.D. Mich. Mar. 1, 2023) (citing *Blalock v. Hunterdon Rentals, LLC*, No. 2:20-cv-12832, 2020 WL 11269897, at *2 (E.D. Mich. Dec. 22, 2020)) (denying motion for alternate service when the plaintiff attempted service only once). Thus, Lopez's motion for alternate service is **DENIED WITHOUT PREJUDICE**.

Lopez's motion borders on frivolous. The Court reminds Lopez of its warning that further frivolous filings will result in sanctions under Federal Rule of Civil Procedure 11. *See* ECF No. 30. Those sanctions may include suspension of Lopez's pro se uploading privileges, an award of attorney fees, or involuntary dismissal of his case.

s/Elizabeth A. Stafford
ELIZABETH A. STAFFORD
United States Magistrate Judge

Dated: December 23, 2025

## NOTICE TO PARTIES ABOUT OBJECTIONS

Within 14 days of being served with this order, any party may file objections with the assigned district judge. Fed. R. Civ. P. 72(a). The district judge may sustain an objection only if the order is clearly erroneous

2

or contrary to law.  28 U.S.C. § 636.  **"When an objection is filed to a magistrate judge's ruling on a non-dispositive motion, the ruling remains in full force and effect unless and until it is stayed by the magistrate judge or a district judge."**  E.D. Mich. LR 72.2.

## <u>CERTIFICATE OF SERVICE</u>

The undersigned certifies that this document was served on counsel of record and any unrepresented parties via the Court's ECF System to their email or First Class U.S. mail addresses disclosed on the Notice of Electronic Filing on December 23, 2025.

<u>s/Davon Allen</u>
DAVON ALLEN
Case Manager