UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| SOTERO MONTELLANO LOPEZ III,<br><br>Plaintiff,<br><br>v.<br><br>TRANS UNION LLC, *et al.*,<br><br>Defendants. | Case No. 25-cv-12733<br>Honorable Matthew F. Leitman<br>Magistrate Judge Elizabeth A. Stafford |

**ORDER GRANTING PLAINTIFF'S
MOTION TO LIFT FILING RESTRICTIONS
(ECF NO. 64)**

Plaintiff Montellano Lopez III, proceeding pro se, sues Defendants

Trans Union LLC; Experian Information Solutions, Inc.; and Equifax

Information Services LLC, asserting claims under the Fair Credit Reporting

Act and Michigan's Consumer Protection Act.  ECF No. 41, PageID.1704-

1707; ECF No. 49.  The Honorable Matthew F. Leitman referred the case

to the undersigned for all pretrial matters under 28 U.S.C. § 636(b)(1).

ECF No. 11.

At the outset of the litigation, Lopez filed a series of frivolous and

hostile motions, prompting the Court to warn him three times that continued

frivolous filings could result in sanctions.  ECF No. 61, PageID.2087-2088. When Lopez filed yet another frivolous motion, the Court ordered the Clerk of Court to revoke his pro se electronic upload privileges.  *Id.*, PageID.2089.

Lopez moves to lift that restriction and to restore his electronic filing access.  ECF No. 64.  He assures the Court that he has made substantial efforts to ensure compliance with procedural rules and maintaining good faith, professional conduct.  The Court **GRANTS** Lopez's motion and directs the Clerk to reinstate Lopez's pro se electronic upload privileges. But Lopez is again **WARNED** that if he regresses to his previous filing conduct, the Court may impose harsher sanctions, including "(1) involuntary dismissal with prejudice; (2) revoking the plaintiff's IFP status; and (3) enjoining the plaintiff from filing lawsuits in this district without leave of court."  *Hardy v. Whitaker*, __ F.R.D. ___, 2026 WL 575225, at *11 (E.D. Mich. Mar. 2, 2026).

s/Elizabeth A. Stafford
ELIZABETH A. STAFFORD
United States Magistrate Judge

Dated: April 28, 2026

2

## NOTICE TO PARTIES ABOUT OBJECTIONS

Within 14 days of being served with this order, any party may file objections with the assigned district judge.  Fed. R. Civ. P. 72(a).  The district judge may sustain an objection only if the order is clearly erroneous or contrary to law.  28 U.S.C. § 636.  **"When an objection is filed to a magistrate judge's ruling on a non-dispositive motion, the ruling remains in full force and effect unless and until it is stayed by the magistrate judge or a district judge."**  E.D. Mich. LR 72.2.

## CERTIFICATE OF SERVICE

The undersigned certifies that this document was served on counsel of record and any unrepresented parties via the Court's ECF System to their email or First Class U.S. mail addresses disclosed on the Notice of Electronic Filing on April 28, 2026.

s/Caitlin Shrum
CAITLIN SHRUM
Case Manager